```
David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:   (707) 763-7100
Facsimile:   (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
CAROL THOMAS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; LAURA ARMOR; TERRI HAMPTON; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No. C 06-02236 VRW**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective counsel of record that the initial case management conference ("CMC") be continued from July 25, 2006, to August 1, 2006, at 9:00 a.m. in Courtroom 6, 17th Floor, Hon. Vaughn R. Walker, Chief Judge, presiding. The parties agree that good cause exists to continue the initial CMC due to an emergency situation that has arisen with plaintiff's counsel that requires he attend to a commitment out of town.

///

///

///

///

-1-

STIPULATION AND ORDER RE CMC                                    THOMAS V. COUNTY OF MARIN
                                                                CASE NO. C-06-02236 VRW

The parties are not making this request for the purposes of delay. Instead, the parties are making this request so that lead counsel can appear at the CMC and adequately participate in the hearing.

SO STIPULATED.

Dated: July 24, 2006                    KAHN BROWN & POORE LLP

                                        By:_____/s/_____
                                            David M. Poore
                                            Attorneys for Plaintiff

Dated: July 24, 2006                    COUNTY COUNSEL, COUNTY OF MARIN

                                        By:_____/s/_____
                                            Stephen Raab
                                            Attorneys for Defendants

*****************************************************************************

**<u>ORDER</u>**

**IT IS SO ORDERED**. The initial case management conference is continued from July 25, 2006, to August 1, 2006, at 9:00 a.m. in Courtroom 6, 17th Floor.

Dated: July 31, 2006                    _____
                                        UNITED STATES DISTRICT CHIEF JUDGE

[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

-2-

STIPULATION AND ORDER RE CMC                    THOMAS V. COUNTY OF MARIN
                                                CASE NO. C-06-02236 VRW