David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:   (707) 763-7100
Facsimile:   (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
CAROL THOMAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MARIN; LAURA ARMOR; TERRI HAMPTON; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C 06-02236 VRW <br><br> STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANTS LAURA ARMOR AND TERRI HAMPTON WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, as to defendants Laura Armor and Terri Hampton only, pursuant to FRCP 41 (a) (1).

Dated: March 28, 2007          KAHN BROWN & POORE LLP

                               _____
                               David M. Poore
                               Attorneys for Plaintiff

Dated: March 28, 2007          MARIN COUNTY COUNSEL


                               Jennifer M.W. Vuillermet for
                               Stephen Raab
                               Attorneys for Defendant

-1-

STIPULATION AND ORDER RE DISMISSAL                THOMAS V. COUNTY OF MARIN
                                                  CASE NO. C-06-02236 VRW

\* \* \*

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice, **as to defendants Laura Armor and Terri Hampton only**, pursuant to FRCP 41 (a) (1).

Dated: March 30, 2007



_____
JUDGE _____ COURT

-2-

| STIPULATION AND ORDER RE DISMISSAL | THOMAS V. COUNTY OF MARIN<br>CASE NO. C-06-02236 VRW |
|---|---|