1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:  (707) 763-7100
   Facsimile:   (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   CAROL THOMAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CAROL THOMAS,

Plaintiff,

v.

COUNTY OF MARIN; LAURA ARMOR; TERRI HAMPTON; and DOES 1 through 50, inclusive,

Defendants.

Case No. C 06-02236 VRW

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

Dated: March 30, 2007

KAHN BROWN & POORE LLP

David M. Poore
Attorneys for Plaintiff

Dated: March 30, 2006

MARIN COUNTY COUNSEL

Stephen Raab/Jennifer Vuillermet
Attorneys for Defendant

STIPULATION AND ORDER RE DISMISSAL

-1-

THOMAS V. COUNTY OF MARIN
CASE NO. C-06-02236 VRW

1
2
3      * * *
4  IT IS SO ORDERED.
5  The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41 (a) (1).
6  Dated: ____March 30, 2007____

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Vaughn R Walker

---

STIPULATION AND ORDER RE DISMISSAL                -2-                THOMAS v. COUNTY OF MARIN
                                                                     CASE NO. C-06-02236 VRW